# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Kim Allen Bohne and<br>Judy Lynn Bohne**,**<br><br>**Debtor**. | Chapter 7<br><br>Bankruptcy No. 18-04778<br><br>Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #36)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on December 28, 2018.

Dated: December 28, 2018           **Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of Kim Allen Bohne and Judy Lynn Bohne**,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
   **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.   815-846-8516
e.  trustee@zanezielinski.com

**Mailing Information for Case** 18-04778

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **William P Drew**   billdrew@sbcglobal.net
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Jose G Moreno**   nd-one@il.cslegal.com
- **Sarah A Nolan**   nolan@aandalaw.com, orlandpark@aandalaw.com

**Manual Service List**

| | |
|---|---|
| American Express National Bank<br>Capital One, N.A.<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 |
| Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk, Va 23541 | Kim Allen Bohne and<br>Judy Lynn Bohne<br>1006 SOMERSET ACRES<br>NEW LENOX, IL  60451 |
| | |
| | |
| | |
| | |